**No. 40483.**—Protest 669465–G of John Wanamaker (New York).

Opinion by Tilson, J.   The record showed that certain items consist of articles in chief value of artificial silk similar to that involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 40484.**—Protest 835683–G of M. W. Amberg & Co. (New York).

Opinion by Tilson, J.   Articles in chief value of cellulose filaments similar to those the subject of Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 40485.**—Protests 166351–G, etc., of Henry Kayser & Fils, Inc. (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel cellulosic material in the form of filaments and cellulose filaments in the form of single or double yarns were held dutiable at 40 cents per pound under paragraph 31.   Abstract 38956 and *Weinman* v. *United States* (T. D. 49408) followed.

**No. 40486.**—Protests 904420–G (A), etc., of Brown & Kruger, Inc., et al. (New York).

Opinion by Kincheloe, J.   On the records presented the protests were overruled.

**No. 40487.**—Protests 955498–G (A), etc., of Wm. Adams, Inc., et al. (New York).

Opinion by Dallinger, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before. the Third Division, January 20, 1939

**No. 40488.**—Protests 959908–G, etc., of Royal Copenhagen Porcelain, Inc. (New York).

Opinion by Cline, J.   It was established that the china vases and figures in question are similar to those the subject of Abstract 23709.   The claim at 20 percent under paragraph 1547 (a) was therefore sustained.

**No. 40489.**—Protest 843137–G of Willoughby's Camera Stores (New York).

Opinion by Cline, J.   The articles in question are the immed·ate containers of lenses, filmpack adapters, plate holders, etc.   On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) and *Givaudan* v. *United States* (id. 115, T. D. 47104) the protest was sustained as to certain items.